ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Guam Pacific International, LLC ) | ASBCA No. 61937 |
| ) | |
| Under Contract No. N40192-10-D-2800 ) | |

APPEARANCES FOR THE APPELLANT:     R. Dale Holmes, Esq.
                                     Cohen Seglias Pallas Greenhall & Furman PC
                                     Louisville, KY

                                     Andrew J. Haliw, III, Esq.
                                     Counsel

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                     Matthew D. Bordelon, Esq.
                                     Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE PAGE

Following a Board-assisted mediation, the parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $975,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: April 2, 2020

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


RICHARD SHACKLEFORD                J. REID PROUTY
Administrative Judge                        Administrative Judge
Acting Chairman                             Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 61937, Appeal of Guam Pacific International, LLC, rendered in conformance with the Board's Charter.

Dated:  April 2, 2020


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2